1  Stephen M. Doniger (SBN 179314)
2  stephen@donigerlawfirm.com
   Scott A. Burroughs (SBN 235718)
3  scott@donigerlawfirm.com
4  Frank Gregory Casella (SBN 301494)
   fcasella@donigerlawfirm.com
5  DONIGER / BURROUGHS
6  603 Rose Avenue
   Venice California 90291
7  Telephone: (310) 590-1820
8
   Attorneys for Plaintiff
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12 | ADAM GEORGE, an individual, | Case No.: 2:16-CV-03611-PA-JPR

13 | Plaintiff,

14 |                               | **NOTICE OF RELATED CASE**

15 | v.

16 | OLYMPIA MEDIA GROUP, LLC, d/b/a
17 | THE ODYSSEY ONLINE, an Indiana
   | limited liability company; ADSIMILIS,
18 | INC., a California Corporation; and DOES
   | 1 through 10,
19
20 | Defendants.
21
22
23        TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
24 ATTORNEYS OF RECORD:
25        Plaintiff hereby files this Notice of Related Case, pursuant to Federal Rule of
26 Civil Procedure 83 and C.D. Cal. R. 83-1.3.1.  The claims arising from the above-
27 captioned case arise from the same or a closely related transaction, happening or
28
                                    - 1 -
                          NOTICE OF RELATED CASE

event as the transaction addressed in the following pending case: *Adam George v. Pursecase, LLC*, et. al.; 15-CV-08925-RSWL-AJW.

Specifically, the above-referenced actions (including the instant case, collectively referred to herein as the "Related Cases") involve allegations of copyright infringement of one of Adam George's proprietary photographic image.

Local Rule 83-1.3.1 outlines four factors to be considered in determining whether to deem cases related:

> If the cases appear:
> (a) To arise from the same or a closely related transaction, happening or event; or
> (b) To call for determination of the same or substantially related or similar questions of law and fact; or
> (c) For other reasons would entail substantial duplication of labor if heard by different judges; or
> (d) To involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c is present.

C.D. Cal. R. 83-1.3.1(a)-(d).

An examination of the operative complaints for the Related Cases reveals that the factual allegations and legal issues are extremely similar. Indeed, the Related Cases involve allegations of the unauthorized distribution and reproduction of a single photograph. Proceeding with the Related Cases separately would require Plaintiff to pursue the same claims and analyze common questions of fact regarding the network of infringement for photographic images displaced on media sites for commercial purposes without authorization. Doing so would not only result in the inefficient use of judicial time and resources, but also the potential for variance in judicial rulings.

Given the foregoing, Plaintiff respectfully requests that the Related Cases be deemed related by this Court, so they may be transferred and heard before one judge. A Notice of Related Cases has or will be filed in each of the Related Cases.

Respectfully submitted,

Dated: May 25, 2016      By:    /s/ *Frank Gregory Casella*
Stephen M. Doniger, Esq.
Frank Gregory Casella, Esq.
**DONIGER / BURROUGHS**
Attorneys for Plaintiff