JS-6

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12  ADAM GEORGE,                          Case No. 2:16-cv-3611-PA-JPRx
13                                        *Hon. Percy Anderson Presiding*
14  Plaintiff,                            ORDER ON STIPULATION
                                          TO DISMISS ACTION
15
16  vs.
17  OLYMPIA MEDIA GROUP, LLC
18  Defendants.

19
20
21
22
23
24
25
26
27
28

1

[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: October 18, 2016

By: _____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE